UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,

    Plaintiff,

v.

ROSS ISLAND SAND AND GRAVEL COMPANY,

    Defendant,

v.

PORT OF KALAMA,

    Garnishee.

Case No. MC20-0006RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Ross Island Sand and Gravel Company, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Port of Kalama. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on January 22, 2020.

Dated this 29th day of January, 2020.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT